# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA

vs.  NO. 4:03CR00272-001 SWW

COURTNEY DEWAYNE BROOKS

### ORDER

Pending before the Court is defendant's *pro se* motion to reduce sentence pursuant to 18 U.S.C. §3582, as well as a memorandum in support of the motion to reduce sentence in this matter. The Court directs the government to respond to defendant's motion on or before ten (10) days after the date of entry of this Order.

IT IS SO ORDERED this 10th day of March, 2008.

/s/Susan Webber Wright

UNITED STATES DISTRICT JUDGE