# IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### WESTERN DIVISION

UNITED STATES OF AMERICA                                                          PLAINTIFF

vs.                                  NO. 4:03CR00272-001   SWW

COURTNEY DEWAYNE BROOKS                                  DEFENDANT

## **ORDER**

Pending before the Court is defendant's pro se motion for early termination of supervised release (doc #91). After a review of the motion, the Court is of the opinion that a response by the United States of America would facilitate the resolution of the motion. The Court therefore directs the United States to respond to the motion on or before twenty (20) days after the entry of this Order.

IT IS SO ORDERED this 10th day of September 2014.


                                         /s/Susan Webber Wright

                                         UNITED STATES DISTRICT JUDGE